Jose de Jesus Martin **MUNOZ;** et al., Petitioners,

v.

Alberto R. **GONZALES,** Attorney General, Respondent.

No. 06–71292.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed Feb. 26, 2007.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jose de Jesus Martin Munoz, Anaheim, CA, pro se.

Gloria Leticia Morales Gonzalez, Anaheim, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Anthony C. Payne, Esq., Patricia E. Hurt, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM **

Jose de Jesus Martin Munoz and Gloria Leticia Morales–Gonzalez, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' ("BIA") denial of their motion to reopen. We deny the petition for review.

Petitioners contend the BIA erred in denying their motion to reopen based on the exceptional and extremely unusual hardship to their qualifying relatives. Petitioners, however, have not demonstrated that the BIA abused its discretion in denying their motion to reopen. *See Fernandez v. Gonzales,* 439 F.3d 592, 596–600 (9th Cir.2006).

**PETITION FOR REVIEW DENIED.**